```
PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHARY W. HICKS,<br><br>    Defendant. | CASE NO. 2:16-CR-00246-GEB<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR DISCOVERY; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: August 2, 2017<br>TIME: 2:00 p.m.<br>COURT: Magistrate Judge Deborah L. Barnes |

**STIPULATION**

1.  On July 19, 2017, the defendant, Zachary Hicks, filed a Notice of Motion and Motion for Discovery in this matter, and included a hearing date of August 2, 2017, set before U.S. Magistrate Judge Deborah L. Barnes.

2.  The date by which a response to the defendant's motion is due from the United States is July 26, 2017.

3.  By this stipulation, the parties request to extend by seven days the time for the United States to file a response to the defendant's motion, and to continue the hearing date from August 2, 2017, to August 9, 2017, at which time it would be heard by U.S. Magistrate Judge Edmund F. Brennan.

4.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that it is working diligently to produce the requested discovery, or to confirm that no such discovery exists.

b) The government requires further time to investigate, and that an additional seven days will enable the government to present a more complete response to the defendant's discovery requests, potentially diminishing the number of discovery requests the Court would need to examine.

IT IS SO STIPULATED.

Dated:  July 26, 2017                                PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ JAMES R. CONOLLY
                                                     JAMES R. CONOLLY
                                                     Assistant United States Attorney

Dated:  July 26, 2017                                /s/ DWIGHT SAMUEL
                                                     DWIGHT SAMUEL
                                                     Counsel for Defendant
                                                     Zachary Hicks

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court hereby extends the United States' time to respond to the defendant's Motion for Discovery, by seven days, to August 2, 2017.

IT IS FURTHER ORDERED that the hearing on this matter be continued to August 9, 2017, before U.S. Magistrate Judge Edmund F. Brennan.

IT IS SO FOUND AND ORDERED

Dated: July 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE