| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JAMES R. CONOLLY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY W. HICKS,<br><br>Defendant. | CASE NO. 2:16-CR-00246-GEB<br><br>[~~PROPOSED~~] DISCOVERY ORDER<br><br>DATE: August 9, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Edmund F. Brennan, Magistrate Judge |

**<u>ORDER</u>**

On August 9, 2017, the defendant's Motion for Discovery (ECF No. 28) came on for hearing. The Court, having read and considered the motion, the United States' Opposition (ECF No. 32), and the defendant's Reply (ECF No. 34), and having heard oral argument from the parties, hereby finds and orders as follows:

IT IS HEREBY ORDERED that the United States shall confirm in writing to the defense that the fingerprint examinations, the reports for which are the subject of defense discovery requests A-4 and B-2, revealed no usable or identifiable finger prints.

IT IS FURTHER ORDERED that the United States shall provide to the defense the forensic examination report of the defendant's iPhone, sought in defense request B-1, within one week of the government's receipt of the report, or, in any event, no later than September 8, 2017.

IT IS FURTHER ORDERED that the United States shall make a diligent review of the

investigation files of the officers and agents who participated in this case, and to disclose to the defense any notes, reports, recordings, text messages, emails, or other documents, by or between law enforcement officers, to which the defendant is entitled under the United States' discovery obligations, and pursuant to defense requests B-4, B-7, B-9, and B-10, or to confirm in writing that the United States has produced all such information it has identified.

IT IS FURTHER ORDERED that the United States produce to defense counsel, for counsel's eyes only, the criminal histories of Martha SANCHEZ and Thomas WITTEN, as requested in defense requests B-6 and B-8, by October 8, 2017. IT IS ALSO ORDERED that defense counsel shall not disclose to his client, the defendant, any information contained in these criminal histories, except to the extent it is strictly necessary for preparation of a defense at trial, but defense counsel shall not disclose to his client, or any other person, any personal or private identifying information of Martha SANCHEZ or Thomas WITTEN, for any reason.

IT IS FURTHER ORDERED that the following defendant's discovery requests are moot at this time because the United States has met its obligations under Federal Rule of Criminal Procedure 16: A-1, A-2, A-3, A-5, B-3, and B-5.

IT IS FURTHER OREDERD that the following defendant's discovery request is denied because it seeks information that is equally available to all parties: B-11.

IT IS SO FOUND AND ORDERED this 15th day of August, 2017.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE