PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY W. HICKS,<br><br>Defendant. | CASE NO. 2:16-CR-00246-GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: October 27, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on October 27, 2017.

2. By this stipulation, the parties move to continue the status conference until December 1, 2017, and to exclude time between October 27, 2017, and December 1, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that it has produced discovery in the form of investigative reports, related documents, and related photographs. The government also made available, and defense counsel has examined, physical evidence. The defendant needs further time to review all of the foregoing, discuss with his counsel, and pursue investigation.

b) Counsel for the defendant believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

STIPULATION TO CONTINUE STATUS AND EXCLUDE
TIME; [PROPOSED] FINDINGS AND ORDER

1

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2017 to December 1, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 24, 2017           PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ JAMES R. CONOLLY
                                  JAMES R. CONOLLY
                                  Assistant United States Attorney

Dated: October 24, 2017           /s/ DWIGHT SAMUEL
                                  (authorized on 10/22/2017)
                                  DWIGHT SAMUEL
                                  Counsel for Defendant
                                  Zachary Hicks

**[PROPOSED] FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 1, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the October 27, 2017 status conference shall be continued until December 1, 2017, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated: October 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge