Dwight M. Samuel
117 J Street
Suite 202
Sacramento, California 95814
916 447 1193
dwightsamuelatty@yahoo.com
Attorney for defendant ZACHARY W. HICKS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00246-GEB |
| Plaintiff, | |
| vs. | STIPULATION REGARDING |
| ZACHARY W. HICKS, | CONTINUANCE OF SENTENCING; |
| Defendant | [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 2, 2018.

2. By this stipulation, the parties now move to continue sentencing until April 6, 2018.

STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

Probation has been notified and is in agreement of these new times and dates.

SO STIPULATED:

Dated: February 26, 2018

_____/s/_____
Dwight M Samuel
Defense Counsel for Zachary Hicks


PHILLIP A. TALBERT
United States Attorney

_____/s/ James R. Conolly_____
James R. Conolly
Assistant United States Attorney

IT IS SO ORDERED.

Dated: February 27, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING CONTINUANCE OF SENTENCING; [PROPOSED] ORDER