Case 2:16-cr-00246-DAD Document 76 Filed 03/05/24 Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Zachary William Hicks | Case No: 2:16-cr-00246 DAD-1<br>USM No: 76201-097<br>David Miles Porter, Assistant Federal Defender<br>*Defendant's Attorney* |

Date of Original Judgment: 04/06/2018
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 100 months **is reduced to** 84 months.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

If the amount of time served as of the effective date of the Court's order exceeds 84 months, the sentence is instead reduced to a sentence of time served.

Except as otherwise provided, all provisions of the judgment dated 04/10/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 5, 2024

Effective Date: Up to 10 days from the date of this Judgment
*(if different from order date)*

*Judge's signature* /s/ Dale A. Drozd

Honorable Dale A. Drozd, U.S. District Judge
*Printed name and title*